# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# FORT MEYERS DIVISION

### CASE NO. 2:20-cv-00219-SPC-NPM

CHARLENE K. SHEIDY,

    Plaintiff,

QUALITY ASSET RECOVERY, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that CHARLENE K. SHEIDY (the "Plaintiff") and QUALITY ASSET RECOVERY, LLC (the "Defendant"), hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: June 15, 2020

    Respectfully submitted,

    **CHARLENE K. SHEIDY**

    */s/ Alexander J. Taylor*
    Alexander J. Taylor
    Florida Bar No. 1013947
    Sulaiman Law Group, Ltd.
    2500 South Highland Avenue, Suite 200
    Lombard, IL 60148
    (630) 575-8181
    ataylor@sulaimanlaw.com
    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 15, 2020, I electronically filed the foregoing with the Clerk of the Court for the Middle District of Florida by using the CM/ECF system.

                                        Respectfully submitted,
                                        /s/ Alexander J. Taylor
                                        Alexander J. Taylor, Esq.